THE PEOPLE ex rel. THE GENERAL ELECTRIC COMPANY, Respondent, *v.* EDWARD P. BARKER et al., as Commissioners of Taxes, etc., Appellants.

*People ex rel. General El. Co.* v. *Barker*, 91 Hun, 590, affirmed.
(Argued April 20, 1896; decided May 26, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 15, 1895, which affirmed an order of Special Term vacating an assessment.

*James M. Ward* for appellants.

*James L. Bishop* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK T. MORRIS, Appellant, *v.* JAMES J. MARTIN et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Morris* v. *Martin*, 85 Hun, 617, affirmed.
(Argued April 20, 1896; decided May 26, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 15, 1895, which affirmed on certiorari the proceedings of the police commissioners of the city of New York in dismissing the relator from the police force.

*Louis J. Grant* for appellant.

*David J. Dean* for respondents.

Order affirmed, with costs; no opinion.
All concur.